AO 154 (10/03) Substitution of Attorney

FILED
APR - 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT

Southern District of California

United States of America
Plaintiff (s),
V.

Edwin Alvarado-Escalante
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 3:08-mj-00661=CAB
08CR0763 BTM

Notice is hereby given that, subject to approval by the court, Edwin Alvarado-Escalante substitutes (Party (s) Name)

Felipe D. Hueso (Name of New Attorney), State Bar No. 147904 as counsel of record in

place of Lisa Kay Baughman (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: FELIPE D. HUESO, APLC
Address: 2496 E Street, San Diego, CA 92102
Telephone: (619) 231 - 5717 Facsimile (619) 231 - 5777
E-Mail (Optional):

I consent to the above substitution.
Date: 03 21 08

Edwin Alvarado-Escalante
(Signature of Party (s))

I consent to being substituted.
Date: 3/28/08

Lisa Kay Baughman
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 03 21 08

Felipe D. Hueso
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 4/1/08

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

American LegalNet, Inc.
www.FormsWorkflow.com