Felipe D. Hueso, Esq. SBN 147904
LAW OFFICES OF FELIPE D. HUESO
A PROFESSIONAL LAW CORPORATION
2496 "E" Street
San Diego, California 92102
Tel.: (619) 231-5717
Fax: (619) 231-5777

Attorney for Defendant Edwin Alvarado-Escalante

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. EDWIN ALVARADO-ESCALANTE, Defendants, | Case No. 08cr0763-BTM<br><br>NOTICE OF MOTION AND MOTION FOR DISCOVERY<br><br>DATE: 5/23/08<br>TIME: 2:00 p.m. |

NOTICE OF MOTION

TO: KEREN P. HEWITT, UNITED STATES ATTORNEY, AND LARRY A. CASPER, ASSISTANT UNITED STATES ATTORNEY,

PLEASE TAKE NOTICE that on the date and at the time and place indicated above, or as soon thereafter as counsel may be heard, defendant, by and through his attorney, FELIPE D. HUESO, will present the following:

MOTION FOR DISCOVERY

Comes now, defendants, through his attorney, who moves for an order requiring the government to comply with the following discovery requests in the attached Points and Authorities in Support of Motion for Discovery.

////

////

////

This motion is based upon the instant Notice of Motion and Motion, the attached Points and Authorities, the files and records in the above-entitled case, and any other materials which may be brought to his Court's attention prior to or at the time of the hearing on this motion.

Dated: May 7, 2008

Respectfully submitted,

S/FELIPE D. HUESO
FELIPE D. HUESO
Attorney for Defendant
Edwin Alvarado