# ***PROOF OF SERVICE***

RE: **U.S.A. vs. Edwin Alvarado-Escalante** Case No.: 08cr0763-BTM

I, Sarvia Lopez, certify as follows:

I am employed in the City and County of San Diego, State of California. I am over the age of eighteen years and I am not a party to this action. My business address is 2496 E Street, San Diego, California 92102. On the below indicated date, I served the following documents:

1. Notice of Motion and g6tMotion for Discovery dated 5/7/08;
2. Points and Authorities in Support of Motion for Discovery dated 5/7/08.

I enclosed a true and correct copy of said document addressed as follows:

***SENT VIA ELECTRONIC FILING SYSTEM***
U.S. District Court
Southern District of California
940 Front Street
San Diego, CA 92101

***SENT VIA ELECTRONIC MAIL (E-MAIL) TO: lawrance.casper@usdoj.gov***
Assistant United States Attorney
Southern District of California
Larry A. Casper
880 Front Street, Fifth Floor
San Diego, CA 92101

***SENT VIA U.S. MAIL***
U.S. District Court
Southern District of California
Hon. Judge Barry T. Moskowitz
940 Front Street
San Diego, CA 92101

I am readily familiar with my office's practice for collection and processing of correspondence for mailing with the United States Postal Service, into which the correspondence will be deposited with the United States Postal Service the same day in the ordinary course of business containing the documents mentioned above for collection and mailing on _________, following the ordinary business practice. Further, I also am readily familiar with my office's practice for electronic filing, as well as, electronic mail (e-mail) containing the documents mentioned above placed in electronic mailing on ____________, following the ordinary business practice.

I declare under penalty of perjury under the laws of the State of California that the following is true and correct:

Dated: ______________ ______________________________
Sarvia Lopez