KAREN P. HEWITT
United States Attorney
LAWRENCE A. CASPER
Assistant U.S. Attorney
California State Bar No. 235110
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7455/ (619) 557-7055(Fax)
Email: lawrence.casper@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EDWIN ALVARADO-ESCALANTE,<br>Defendants. | Criminal Case No. 08CR0763-BTM<br>DATE: June 5, 2008<br>TIME: 3:00 p.m.<br>JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |

NOW COMES plaintiff United States of America, by and through its counsel, U.S. Attorney Karen P. Hewitt and Assistant U.S. Attorney Lawrence A. Casper, and defendant Edwin Alvarado-Escalante, by and through his counsel, Felipe D. Hueso, and herein jointly request this Court to continue the motion hearing/trial setting currently set for June 6, 2008 at 3:00 p.m. to June 20, 2008 at 3:30 p.m. The basis for this request is as follows:

1. The defendant has signed a plea agreement that is being hand-delivered to the Office of the United States Attorney this afternoon.
2. The parties have put the matter on calendar for a disposition hearing before United States Magistrate Judge Cathy Ann Bencivengo for June 10, 2008 at 9:30 a.m.
3. To enable the disposition hearing to proceed before the Magistrate Judge, the parties

jointly request that the motion hearing/trial setting be continued until June 20, 2008 at 3:30 p.m.

DATED: June 5, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

| | |
|---|---|
| s/Lawrence A. Casper | s/Felipe D. Hueso, Esq. |
| Lawrence A. Casper | Felipe D. Hueso, Esq. . |
| Assistant United States Attorney | abogadohueso@hotmail.com |
| Attorneys for Plaintiff | Attorney for Defendant |
| United States of America | Edwin Alvarado-Escalante |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>EDWIN ALVARADO-ESCALANTE<br><br>Defendants. | ) | Case No. 08CR0763-BTM<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Lawrence A. Casper, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Joint Motion to Continue Evidentiary Hearing on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Felipe D. Hueso, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 5, 2008.

s/ Lawrence A. Casper
Lawrence A. Casper