UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. EDWIN ALVARADO-ESCALANTE, Defendant. | ) ) ) ) ) ) ) ) ) ) | Criminal Case No. 08CR0763-BTM<br><br>ORDER CONTINUING MOTION HEARING/TRIAL SETTING |

IT IS HEREBY ORDERED that the joint motion to continue the June 6, 2008, motion hearing/trial setting is GRANTED, and the hearing is continued to June 20, 2008, at 3:30 p.m..

IT IS SO ORDERED.

DATED: June 5, 2008

Honorable Barry Ted Moskowitz

United States District Judge