FILED
JUN 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EDWIN ALVARADO ESCALANTE,<br>Defendant. | Criminal Case No. 08CR0763-BTM<br>**SUPERSEDING**<br>I N F O R M A T I O N<br><br>Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor);<br>Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony);<br>Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about 11-23-86, within the Southern District of California, defendant EDWIN ALVARADO ESCALANTE, being an alien, unlawfully entered or attempted to enter the United States; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

Count 2

On or about 12-12-87, within the Southern District of California, defendant EDWIN ALVARADO ESCALANTE, being an alien, unlawfully entered or attempted to enter the United States and previously committed the offense of unlawfully entering or attempting to enter the United States, as alleged in Count 1;

all in violation of Title 8, United States Code, Section 1325, a felony.

Count 3

On or about December 17, 2008, within the Southern District of California, defendant EDWIN ALVARADO ESCALANTE, being an alien, unlawfully entered or attempted to enter the United States and previously committed the offense of unlawfully entering or attempting to enter the United States, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 6/10/08.

KAREN P. HEWITT
United States Attorney

LAWRENCE A. CASPER
Assistant U.S. Attorney