AO 455 (Rev. 5/85) Waiver of Indictment

FILED
JUN 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

v.

EDWIN ALVARADO-ESCALANTE

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR0763-BTM

I, EDWIN ALVARADO-ESCALANTE, the above-named defendant, who is accused of committing the following offenses:

Unlawful entry into the United States in violation of Title 8, United States Code, Section 1325, a misdemeanor and Unlawful entry into the United States, in violation of Title 8, United States Code, Section 1325, a felony.

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 061008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

[signature]
Defendant

[signature]
Defense Counsel

Before [signature]
Judicial Officer